# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**Pedro Gonzalez**
**A202 135 957**   YOB:   PRINCIPAL  1988
**United States**

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number:

M-14-2120-M

United States District Court
Southern District of Texas
**FILED**
NOV 03 2014
Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 2, 2014** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

knowing or in reckless disregard of the fact that Wilmer Alfredo Mata-Henriquez, citizen and national of Honduras, who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said alien in furtherance of such violation of law within the United States, that is, from a location near Rio Grande City, Texas to the point of arrest near Rio Grande City, Texas,

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii) FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On November 2, 2014, at approximately 3:00 am, Border Patrol Agents, in an unmarked unit, were conducting surveillance in a neighborhood approximately 300 yards north of the Rio Grande River. This area is commonly used as a pick-up location for both undocumented aliens and narcotics. Agents noticed a vehicle apparently scouting by driving up and down a dead end street several times. The vehicle eventually came to rest in a position where the driver could monitor the dead end street.

SEE ATTACHED

Continued on the attached sheet and made a part of this complaint:   [X] Yes   [ ] No

Approved,
*(signature)*

Signature of Complainant

Sworn to before me and subscribed in my presence,

**Derek Conrow      Senior Patrol Agent**
Printed Name of Complainant

**November 3, 2014**      at   **McAllen, Texas**
Date                              City and State

**Dorina Ramos , U. S. Magistrate Judge**
Name and Title of Judicial Officer

*Donna Ramos* (signature)
Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-14- 2120 -M

**RE:**  Pedro Gonzalez                                A202 135 957

## CONTINUATION:

Approximately 30 minutes later, a white Chevy Silverado drove to the end of the street and turned around. It then backed up to the gate at the end of the road. This gate separates the road from the brush south of the road. The driver, later identified as Pedro GONZALEZ, a USC, exited the truck and motioned to people to exit the brush behind the pick-up truck. Agents saw GONZALEZ walk to the back of the truck and tell the suspected undocumented aliens to board the truck.

Agents approached the truck before GONZALEZ had a chance to depart the location, and saw GONZALEZ run to the back of the truck and tell everyone to run. GONZALEZ also ran away from the truck, and the agents in the unmarked unit were able to stop and arrest him. Twelve illegal aliens were found in and around the Silverado, to include 6 in the back seat of the truck.

All 13 people apprehended were transported to the Rio Grande City Border Patrol Station for processing.

## PRINCIPAL STATEMENT:

Pedro GONZALEZ was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

GONZALEZ stated he met a lady known to him as La Prieta at Tequilas Bar. There, she offered him a way to make some quick money. According to GONZALEZ, La Prieta asked him to pick up a truck in the neighborhood south of STC in Rio Grande City, Texas, and drop it off at the south end of Avasolo Street in Rio Grande City, Texas. GONZALEZ told agents he was supposed to walk to a gas station to pick up his money from La Prieta. GONZALEZ stated he was not sure if the truck was going to be used for illegal aliens, but he was sure it was going to be used for either illegal aliens or drugs.

**NOTE:** GONZALEZ has been the principal in 2 previous administrative smuggling cases; May 26, 2010 and July 12, 2014, and was not prosecuted on either occasion.

## MATERIAL WITNESS'S STATEMENT:

Wilmer Alfredo Mata-Henriquez was read his rights. He stated he was willing to provide a statement without the presence of an attorney.

Mata stated he was charged $9,600 (USD) to be smuggled from Honduras to New York City. He told agents he was smuggled across the Rio Grande River and guided through the brush on the US side by one foot guide. The foot guide told the group they would walk until they reached a gate. There, a white Silverado would be waiting for them. The foot guide also told them the Silverado was a four door extended cab, and one of the rear doors did not work. According to Mata, when the group arrived at the gate, GONZALEZ exited the truck, walked the rear of the truck, and yelled for everyone to exit the brush and board the truck. After a short time of lying down in the bed of the truck, Mata heard GONZALEZ yell at them once again, and hit the truck, telling them to run because they were caught. Mata identified GONZALEZ in a photo lineup as the driver of the Silverado.